**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DANIEL MAINES, an individual; FIREARMS POLICY COALITION, INC.; and NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN BETHEL, in his official capacity as Police Commissioner of the Police Department of Philadelphia, Pennsylvania; and LIEUTENANT COLONEL GEORGE L. BIVENS, in his official capacity as Commissioner of the Pennsylvania State Police,<br><br>Defendants. | Civil Action No.: 2:26-cv-08301 |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION OR, ALTERNATIVELY, SUMMARY JUDGMENT**

To all parties and their attorneys of record:

Please take notice that Plaintiffs Daniel Maines, Firearms Policy Coalition, Inc. (“FPC”), and National Rifle Association of America (“NRA”) (collectively, “Plaintiffs”) will and hereby do move the Court for a preliminary injunction or, alternatively, summary judgment.

**Preliminary Injunction**

Plaintiffs respectfully request a preliminary injunction enjoining the enforcement of Pennsylvania’s ban on 18-to-20-year-old adults obtaining a license to carry a firearm in 18 Pa.C.S. § 6109(b), and all related laws, regulations, policies, and procedures. Injunctive relief is appropriate because Pennsylvania’s ban violates the right to keep and bear arms secured by the Second Amendment. Immediate relief is necessary because Plaintiffs are suffering a concrete and ongoing irreparable injury, and the balance of equities and public interest favor preventing the violation of Plaintiffs’ constitutional rights.

**Summary Judgment**

In the alternative, pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiffs respectfully move for summary judgment against Defendants Kevin Bethel, in his official capacity as Police Commissioner of the Police Department of Philadelphia, Pennsylvania, and Lieutenant Colonel George L. Bivens, in his official capacity as Commission of the Pennsylvania State, on the following claim within the Complaint, ECF No. 1.

Count I: That Pennsylvania’s ban on 18-to-20-year old adults obtaining a license to carry a firearm in 18 Pa.C.S. § 6109(b),, and all related laws, regulations, policies, and procedures, is unconstitutional under the Second and Fourteenth Amendments to the United States Constitution.

* * *

This motion shall be based on this notice of motion and motion; the memorandum of points and authorities in support; the declarations and evidence filed concurrently herewith; the matters on file with this Court; and upon any further matters the Court deems appropriate.

Dated: November 2, 2026
Respectfully Submitted,

_/s/ Bradley A. Benbrook_
Bradley A. Benbrook*
Stephen M. Duvernay*
Jamie G. McWilliam*
BENBROOK LAW GROUP, P.C.
701 University Avenue, Suite 106
Sacramento, California 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com
jamie@benbrooklawgroup.com

_/s/ Bradley P. Lehman_
Bradley P. Lehman
WHITEFORD, TAYLOR & PRESTON, LLC
600 North King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 353-4144
blehman@whitefordlaw.com

*Attorneys for Plaintiffs*

*Application to appear *pro hac vice* forthcoming