**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DANIEL MAINES, an individual;<br>FIREARMS POLICY COALITION, INC.; and<br>NATIONAL RIFLE ASSOCIATION OF<br>AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN BETHEL, in his official capacity as<br>Police Commissioner of the Police Department<br>of Philadelphia, Pennsylvania; and<br>LIEUTENANT COLONEL GEORGE L.<br>BIVENS, in his official capacity as<br>Commissioner of the Pennsylvania State<br>Police,<br><br>Defendants. | Civil Action No.: 2:26-cv-08301 |

**DECLARATION OF DANIEL MAINES**

**IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**OR, ALTERNATIVELY, SUMMARY JUDGMENT**

I, Daniel Maines, declare:

1. I am over 18 years old. I am competent to give this declaration. I have personal knowledge of the matters set forth below and would be able to testify to them if called as a witness.

2. I am 18 years old and live in Philadelphia, Pennsylvania.

3. I am eligible to purchase and possess firearms under all applicable state and federal laws. I would like to apply for a license to carry a firearm issued by the Commonwealth of Pennsylvania and would do so if I were allowed to do so. I understand, however, that I cannot apply for a license to carry a firearm because I am under 21 years old. Other than my age, I satisfy all criteria for a Pennsylvania carry license.

4. I am a member of Firearms Policy Coalition and the National Rifle Association of America.

I declare under penalty of perjury under the laws of the United States America and State of Pennsylvania that the foregoing is true and correct.

Executed on 10/28/26

DM

Daniel Maines