Docusign Envelope ID: 69F6D9BD-685F-8B46-83A9-CC5BD2960DCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DANIEL MAINES, an individual; FIREARMS POLICY COALITION, INC.; and NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN BETHEL, in his official capacity as Police Commissioner of the Police Department of Philadelphia, Pennsylvania; and LIEUTENANT COLONEL GEORGE L. BIVENS, in his official capacity as Commissioner of the Pennsylvania State Police,<br><br>Defendants. | Civil Action No.: 2:26-cv-08301 |

**DECLARATION OF BRANDON COMBS**

**IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**OR, ALTERNATIVELY, SUMMARY JUDGMENT**

Docusign Envelope ID: 69F6D9BD-685F-8B46-83A9-CC5BD2960DCD

I, Brandon Combs, declare:

1. I am over 18 years old. I am competent to give this declaration. I have personal knowledge of the matters set forth below and would be able to testify to them if called as a witness.

2. I am the President and Founder of Firearms Policy Coalition, Inc. ("FPC"), a Plaintiff in this action. I am authorized to testify on behalf of FPC as to matters set forth in this Declaration.

3. I have personal knowledge of the facts stated herein. I have held the elected position of president of FPC since the organization was founded in 2014. As its President, I am duly authorized to act on behalf of the organization.

4. FPC is a nonprofit membership organization incorporated in Delaware with a primary place of business in Clark County, Nevada. FPC works to create a world of maximal human liberty and freedom and to promote and protect individual liberty, private property, and economic freedoms. It seeks to protect, defend, and advance the People's rights, especially but not limited to the inalienable, fundamental, and individual right to keep and bear arms and protect the means by which individuals may exercise the right to carry and use firearms. FPC serves its members and the public through legislative advocacy, grassroots advocacy, litigation and legal efforts, research, education, outreach, and other programs.

5. FPC brings this action on behalf of its members, including Plaintiff Maines and all other similarly situated 18-20-year-old Pennsylvania residents, who are adversely and directly harmed by Defendant's enforcement of the laws, regulations, policies, practices, and customs challenged herein. But for Defendant's enforcement of the laws and regulations challenged herein, FPC's members in Pennsylvania who are between 18 and 20 years of age and who are legally eligible to possess and acquire firearms would be allowed to apply for a license to carry a firearm issued by the Commonwealth of Pennsylvania.

I declare under penalty of perjury under the laws of the United States America and State of Pennsylvania that the foregoing is true and correct.

Executed on 10/29/2026.

Signed by:
9B06C49FE82C4D9...
Brandon Combs