**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DANIEL MAINES, an individual; FIREARMS POLICY COALITION, INC.; and NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN BETHEL, in his official capacity as Police Commissioner of the Police Department of Philadelphia, Pennsylvania; and LIEUTENANT COLONEL GEORGE L. BIVENS, in his official capacity as Commissioner of the Pennsylvania State Police,<br><br>Defendants. | Civil Action No.: 2:26-cv-08301 |

**DECLARATION OF JOHN COMMERFORD**

**IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**OR, ALTERNATIVELY, SUMMARY JUDGMENT**

I, John Commerford, declare:

1. I am over 18 years old. I am competent to give this declaration. I have personal knowledge of the matters set forth below and would be able to testify to them if called as a witness.

2. I am the Executive Director of the National Rifle Association – Institute for Legislative Action. I am authorized to testify on behalf of the National Rifle Association of America ("NRA"), a Plaintiff in this action, as to matters set forth in this Declaration.

3. NRA is a nonprofit corporation founded in 1871 and devoted to protecting the right to keep and bear arms. NRA is America's oldest civil rights organization and America's leading provider of firearms marksmanship and safety training for both civilians and law enforcement. NRA has millions of members across the nation, including in Pennsylvania.

4. NRA brings this action on behalf of its members, including Plaintiff Maines, who are adversely and directly harmed by Defendants' enforcement of the laws, regulations, policies, practices, and customs challenged herein. But for Defendants' enforcement of the laws and regulations challenged herein, NRA's members in Pennsylvania who are between 18 and 20 years of age and who are legally eligible to possess and acquire firearms would be allowed to apply for a license to carry a firearm issued by the Commonwealth of Pennsylvania.

I declare under penalty of perjury under the laws of the United States America and State of Pennsylvania that the foregoing is true and correct.

Executed on 10/31/26.

John Commerford