**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DANIEL MAINES, an individual; FIREARMS POLICY COALITION, INC.; and NATIONAL RIFLE ASSOCIATION OF AMERICA,

Plaintiffs,

v.

KEVIN BETHEL, in his official capacity as Police Commissioner of the Police Department of Philadelphia, Pennsylvania; and LIEUTENANT COLONEL GEORGE L. BIVENS, in his official capacity as Commissioner of the Pennsylvania State Police,

Defendants.

Civil Action No.: 2:26-cv-08301

**STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF**

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Daniel Maines, Firearms Policy Coalition, Inc. ("FPC"), and National Rifle Association of America ("NRA") (collectively, "Plaintiffs") submit this statement of undisputed material facts in support of their motion for summary judgment.

1. Plaintiff Daniel Maines is a resident of Philadelphia Pennsylvania, over eighteen, but younger than twenty-one years old. He is eligible to purchase and possess firearms under all applicable state and federal laws. Plaintiff Maines would like to apply for a license to carry a firearm issued by the Commonwealth of Pennsylvania and would do so if he were allowed. Nothing except his age prevents him from applying for a carry license. Plaintiff Maines is a member of Plaintiffs FPC and NRA. Maines Decl., ¶¶ 2–4.

2. Plaintiff FPC is a nonprofit membership organization incorporated in Delaware with a primary place of business in Clark County, Nevada. FPC works to create a world of maximal human liberty and freedom and to promote and protect individual liberty, private property, and economic freedoms. It seeks to protect, defend, and advance the People's rights, especially but not limited to the inalienable, fundamental, and individual right to keep and bear arms and protect the means by which individuals may exercise the right to carry and use firearms. FPC serves its members and the public through legislative advocacy, grassroots advocacy, litigation and legal efforts, research, education, outreach, and other programs. FPC's members include Pennsylvania residents between the ages of eighteen and twenty-one (including Plaintiff Maines) who would apply for a license to carry a firearm issued by the Commonwealth of Pennsylvania if not for the laws and regulations at issue in this case. Combs Decl., ¶¶ 2–5.

3. Plaintiff NRA is a nonprofit corporation founded in 1871. NRA is America's oldest civil rights organization and America's leading provider of firearms marksmanship and safety training for both civilians and law enforcement. NRA has millions of members across the nation, including in Pennsylvania. NRA's members include Pennsylvania residents between the ages of eighteen and twenty-one (including Plaintiff Maines) who would apply for a license to carry a firearm issued by the Commonwealth of Pennsylvania if not for the laws and regulations at issue in this case. Commerford Decl., ¶¶ 2–4.

Dated: November 2, 2026

Respectfully Submitted,

/s/ Bradley A. Benbrook
Bradley A. Benbrook*
Stephen M. Duvernay*
Jamie G. McWilliam*
BENBROOK LAW GROUP, P.C.
701 University Avenue, Suite 106
Sacramento, California 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com
jamie@benbrooklawgroup.com

/s/ Bradley P. Lehman
Bradley P. Lehman
WHITEFORD, TAYLOR & PRESTON, LLC
600 North King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 353-4144
blehman@whitefordlaw.com

*Attorneys for Plaintiffs*

*Application to appear *pro hac vice* forthcoming