AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

EASTERN District of PENNSYLVANIA

DANIEL MAINES, an individual; LIEUTENANT COLONEL GEORGE L. BIVENS IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE PENNSYLVANIA STATE POLICE; NATIONAL RIFLE ASSOCIATION OF AMERICA

*Plaintiff(s)*

v.

KEVIN BETHEL, IN HIS OFFICIAL CAPACITY AS POLICE COMMISSIONER OF THE POLICE DEPARTMENT OF PHILADELPHIA, PENNSYLVANIA

*Defendant(s)*

Civil Action No. 26-8301

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
RADLEY P. LEHMAN
Whiteford, Taylor & Preston LLC
600 North King Street
Suite 300
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

*CLERK OF COURT*

Date: 11/2/2026

s/Robert Fehrle

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:26-cv-08301-CMR

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* KEVIN BETHEL, Police Commissioner
was received by me on *(date)* 11/02/2026 .

❐ I personally served the summons on the individual at *(place)* ______________________ on *(date)* ____________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Patricia Farley - Authorized to accept @11:05 a.m. , who is designated by law to accept service of process on behalf of *(name of organization)* Philadelphia Police Department City Hall, 1400 JFK Blvd, 14th Floor Philadelphia, PA 19107 on *(date)* 11/06/2026 ; or

❐ I returned the summons unexecuted because ______________________ ; or

❐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/06/2026

[signature]
*Server's signature*

Sheila DiNardo - Process Server
*Printed name and title*

230 N Market St, Wilmington DE 19801
*Server's address*

Additional information regarding attempted service, etc: