**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DANIEL MAINES, an individual; FIREARMS POLICY COALITION, INC.; and NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN BETHEL, in his official capacity as Police Commissioner of the Police Department of Philadelphia, Pennsylvania; and LIEUTENANT COLONEL GEORGE L. BIVENS, in his official capacity as Commissioner of the Pennsylvania State Police,<br><br>Defendants. | Civil Action No.: 2:26-cv-08301 |

**NOTICE OF ENTRY OF APPEARANCE**

**TO THE CLERK OF THE COURT:**

Kindly enter the appearances of Melissa Medina and Lee Begelman as counsel for Defendant Kevin Bethel, Police Commissioner of the Police Department of Philadelphia, in connection with the above-captioned matter.

Date: November 9, 2026

*/s/ Melissa Medina*
**MELISSA MEDINA**
Divisional Deputy City Solicitor
PA Attorney I.D. 327048
City of Philadelphia Law Department
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
215-683-2970
Melissa.Medina@phila.gov

*/s/ Lee Begelman*
**LEE BEGELMAN**
Deputy City Solicitor
PA Attorney I.D. 327543

City of Philadelphia Law Department
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
(215) 683-5416
Lee.Begelman@phila.gov

*Attorneys for Defendant Kevin Bethel, Police Commissioner of the Police Department of Philadelphia*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DANIEL MAINES, an individual; FIREARMS POLICY COALITION, INC.; and NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN BETHEL, in his official capacity as Police Commissioner of the Police Department of Philadelphia, Pennsylvania; and LIEUTENANT COLONEL GEORGE L. BIVENS, in his official capacity as Commissioner of the Pennsylvania State Police,<br><br>Defendants. | Civil Action No.: 2:26-cv-08301 |

**CERTIFICATE OF SERVICE**

I, Melissa Medina, certify that a true and correct copy of the foregoing Entry of Appearance was filed via the Court's electronic filing system and is available for downloading.

Date: November 9, 2026

*/s/ Melissa Medina*

MELISSA MEDINA
Divisional Deputy City Solicitor
PA Attorney I.D.: 327048
City of Philadelphia Law Department
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
215-683-2970
Melissa.Medina@phila.gov