AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

EASTERN District of PENNSYLVANIA

DANIEL MAINES, an individual; NATIONAL RIFLE ASSOCIATION OF AMERICA
*Plaintiff(s)*
v.
LIEUTENANT COLONEL GEORGE L. BIVENS IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE PENNSYLVANIA STATE POLICE; KEVIN BETHEL IN HIS OFFICIAL CAPACITY AS POLICE COMMISSIONER OF THE POLICE DEPARTMENT OF PHILADELPHIA, PENNSYLVANIA
*Defendant(s)*

Civil Action No. 26-8301

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
GEORGE L BIVENS, COMMISSIONER OF PENNSYLVANIA STATE POLIC
E C/O PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION SECTION
1ST FLOOR
STRAWBERRY SQUARE.
HARRISBURG, PA 17120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
BRADLEY P. LEHMAN
Whiteford, Taylor & Preston LLC
600 North King Street
Suite 300
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

Date: 11/2/2026

s/Robert Fehrle
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 26-8301

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* GEORGE L BIVENS, COMMISSIONER OF PENNSYLVANIA STATE POLICE C/O PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL

was received by me on *(date)* Nov 10, 2026 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Hunter Rittle, Constituent Services Specialist , who is designated by law to accept service of process on behalf of *(name of organization)* PA OFFICE OF THE ATTORNEY GENERAL, STRAWBERRY SQ. 16th FL Harrisburg, PA 17120 on *(date)* Nov 12, 2026 11:30 am ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*: ______ .

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: Nov 12, 2026

[signature]

*Server's signature*

Michael A. Di Palo, LPI

*Printed name and title*

For Parcels Inc
5235 N. Front St.
Harrisburg, PA. 17110

*Server's address*

Additional information regarding attempted service, etc: