**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DANIEL MAINES, et al., *Plaintiffs,* v. KEVIN BETHEL, et al., *Defendants.* | : | No. 26-8301 |

**ORDER**

AND NOW, this _________ day of _________________, 2026, upon consideration of Defendant Bethel's Motion for an Extension of Deadline to Respond to Plaintiffs' Complaint (ECF No. 1) and Motion for Preliminary Injunction or, alternatively, Summary Judgment (ECF No. 6), and any response thereto, IT IS HEREBY ORDERED the Motion is GRANTED. It is FURTHER ORDERED that Defendant's request for an extension of time is granted and Defendant shall respond to Plaintiffs' Complaint and PI/SJ Motion by January 19, 2027.

**BY THE COURT:**

______________________
Hon. Cynthia M. Rufe

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DANIEL MAINES, et al.,<br>*Plaintiffs,*<br>v.<br>KEVIN BETHEL, et al.,<br>*Defendants.* | : | No. 26-8301 |

**DEFENDANT'S MOTION FOR AN EXTENSION OF THE**
**<u>DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT AND PI/SJ MOTION</u>**

1. Defendant Kevin Bethel, by and through undersigned counsel, respectfully requests that the Court extend the deadline to respond to Plaintiffs' Complaint and Motion for Preliminary Injunction, or alternatively Summary Judgment ("PI Motion"), by 60 days from the current deadline for Defendant Bethel's response to the PI Motion. The current deadline for Defendant Bethel's response to the PI Motion, per Local Rule 7.1, is November 20, 2026. The current deadline for Defendant Bethel's response to the Complaint is November 27, 2026. If this request is granted, the new deadline for both responses would be January 19, 2027.

2. Plaintiffs' Complaint challenges Section 6109(b) of Pennsylvania's Uniform Firearms Act, which requires that an individual be 21 years of age to apply for a license to carry a firearm concealed on or about their person or in a vehicle within Pennsylvania. 18 Pa.C.S. § 6109(b).

3. The Complaint seeks broad and sweeping relief, asking the Court to enter a declaratory judgment that 18-to-20-year-olds have a fundamental right to carry firearms outside

the home and that Pennsylvania's requirement that license applicants be at least 21 years of age is unconstitutional under the Second and Fourteenth Amendments, and to enjoin Defendant Bethel from preventing the issuance of concealed carry licenses to 18-to-20-year-olds.

4. Along with their Complaint, Plaintiffs filed a Motion for Preliminary Injunction or, alternatively, Summary Judgment. The Motion seeks similarly sweeping relief, enjoining the enforcement of Section 6109(b) and **all** related laws, regulations, policies, and procedures. Plaintiffs also contend they are entitled to a final adjudication on the merits through summary judgment, at this preliminary stage.

5. Plaintiffs' Complaint and Motion raise substantial and complex constitutional questions concerning the scope of the Second Amendment and the Commonwealth and Philadelphia's authority to regulate the licensure and carrying of firearms for individuals between the ages of eighteen and twenty. As the Court is likely aware, and as evidenced by the PI Motion's lengthy historical discussion and analysis of recent cases in various circuits throughout the country, there is a developing and rapidly evolving body of constitutional jurisprudence around these issues. Moreover, the constitutional test established by the United States Supreme Court for analyzing Second Amendment claims requires the development of an extensive factual record regarding historical regulation of firearms, which may include the use of expert testimony.

6. Requiring a response to Plaintiffs' filings within the default periods would severely constrain Defendant Bethel's ability to address the substantial legal and practical implications of the relief sought, particularly given the fact that Plaintiffs intend their Motion to be a final resolution of the matter through summary judgment. Moreover, there are a number of

holidays forthcoming that further complicate counsel's ability to appropriately respond. Accordingly, undersigned counsel needs more time to adequately research and brief the issues.

7. Defendant Bethel therefore respectfully requests an additional 60 days from the current deadline for Defendant Bethel's response to the PI Motion (i.e., an extension to January 19, 2027) so counsel can file thoroughly researched responses to Plaintiffs' Motion and Complaint.

8. Undersigned counsel reached out to Plaintiffs' counsel to inquire whether they would agree to an extension of time to respond, and counsel indicated they would not agree to an extension of the PI request and would only agree to "proceed to the merits through summary judgment" with Defendant's opposition brief being due on January 19.[1]

9. Accordingly, Defendant Bethel seeks the Court's intervention to establish a reasonable briefing schedule that will permit full and meaningful consideration of the issues presented in this matter.

Date: November 19, 2026

By: */s/ Melissa Medina*
MELISSA MEDINA (PA ID No. 327048)
Divisional Deputy City Solicitor
LEE BEGELMAN (PA ID No. 327543)
Deputy City Solicitor
Affirmative & Special Litigation
CITY OF PHILADELPHIA LAW DEPARTMENT
1515 Arch Street, 16th Floor
Philadelphia, PA 19102
Phone: (215) 683-5014
*Counsel for Defendant Kevin Bethel*

[1] Defendant Bethel staunchly opposes a request for summary judgment at this juncture, when the lawsuit is in its infancy, and does not agree to proceed to the merits through summary judgment on claims that have not been developed and without having established a factual record.

**CERTIFICATE OF SERVICE**

I, Melissa Medina, certify that a true and correct copy of the foregoing Motion was filed via the Court's electronic filing system and is available for downloading.

Dated: November 19, 2026

BY: */s/ Melissa Medina*

Melissa Medina, Divisional Deputy City Solicitor
Attorney ID No. 327048
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
Tel (215) 683-2970 and Fax (215) 683-5299
Melissa.medina@phila.gov

*Counsel for Defendant Bethel*