**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DANIEL MAINES, *et al.*,**<br>**Plaintiffs,**<br>**v.**<br>**KEVIN BETHEL, *et al.*,**<br>**Defendants.** | **CIVIL ACTION NO. 26-8301** |

**ORDER**

**AND NOW,** this 19th day of November 2026, upon receipt of Defendant Kevin Bethel's Motion for an Extension of the Deadline to Respond to Plaintiff's Complaint and Preliminary Injunction/Summary Judgment Motion [Doc. No. 11], it is hereby **ORDERED** that Plaintiffs shall file a response stating the reasons for their opposition to the Motion no later than **November 20, 2026**.

It is so **ORDERED.**

**BY THE COURT:**

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**