**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DANIEL MAINES,** ***et al.*****,**<br>**Plaintiffs,**<br>**v.**<br>**KEVIN BETHEL,** ***et al.*****,**<br>**Defendants.** | **CIVIL ACTION NO. 26-8301** |

**ORDER**

**AND NOW,** this 20th day of November 2026, upon consideration of Defendant Bethel's Motion for an Extension of the Deadline to Respond to Plaintiffs' Complaint and Preliminary Injunction/Summary Judgment Motion [Doc. No. 11] and Plaintiffs' Response in opposition thereto [Doc. No. 13], it is hereby **ORDERED** that the Motion is **GRANTED**. Defendant Bethel shall respond to Plaintiffs' Complaint [Doc. No. 1] and Motion for Preliminary Injunction or, Alternatively, Summary Judgment [Doc. No. 6] on or before **January 19, 2027**.

It is so **ORDERED.**

**BY THE COURT:**

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**