IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number: 2:26-cv-08301-CMR

***ATTACHMENT TO MOTION OF JAMIE G. MCWILLIAM, ESQUIRE, TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)***

Movant's Statement, Paragraphs A and B — Bar Admissions

A. State jurisdiction(s) in which movant is currently admitted to practice:

| *(State where admitted)* | *(Admission Date)* | *(Attorney Identification Number)* |
|---|---|---|
| State Bar of Texas<br>1414 Colorado Street<br>Austin, Texas 78701 | 10/12/2022 | 24131501 |
| State Bar of Montana<br>33 S. Last Chance Gulch, Ste 1B<br>P.O. Box 577<br>Helena, Montana 59624 | 08/13/2025 | |
| District of Columbia Bar<br>901 4th Street, NW<br>Washington, DC 20001 | 03/24/2025 | |

B. Federal jurisdiction(s) in which movant is currently admitted to practice:

| *(Court where admitted)* | *(Admission Date)* | *(Attorney Identification Number)* |
|---|---|---|
| Supreme Court of the United States<br>1 First Street, NE<br>Washington, DC 20543 | 04/09/2026 | |
| United States Court of Appeals for the Ninth Circuit<br>The James R. Browning Courthouse<br>95 7th Street<br>San Francisco, CA 94103 | 06/19/2024 | |
| United States Court of Appeals for the Fifth Circuit<br>F. Edward Hebert Building<br>600 S. Maestri Place<br>New Orleans, LA 70130-3408 | 04/13/2026 | |
| U.S. District Court, Southern District of Texas<br>Bob Casey United States Courthouse<br>515 Rusk Avenue<br>Houston, TX 77002 | 06/29/2026 | |