**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Daniel Maines and the National Rifle Association,<br><br>Plaintiffs,<br><br>v.<br><br>Lieutenant Colonel George L. Bivens and Kevin Bethel,<br><br>Defendants. | No. 2:26-cv-8301 |

## ENTRY OF APPEARANCE

To the Clerk of Court: Please enter my appearance on behalf of Defendant Bivens in the above-captioned action.

Respectfully submitted,

DAVID W. SUNDAY, JR.
Attorney General

By: */s/ Jacob Frasch*
Jacob Frasch
Senior Deputy Attorney General
Attorney ID PA No. 328362

Nicole R. DiTomo
Chief Deputy Attorney General
Civil Litigation Section

Counsel for Defendant Bivens

Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 580-7897
jfrasch@attorneygeneral.gov

Date: November 24, 2026

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 4.2, I certify that a true and correct copy of the foregoing and all attachments was served on all counsel of record via ECF on November 24, 2026.

*/s/ Jacob Frasch*
Jacob Frasch
Senior Deputy Attorney General