**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Daniel Maines and the National Rifle Association,<br><br>Plaintiffs,<br><br>v.<br><br>Lieutenant Colonel George L. Bivens and Kevin Bethel,<br><br>Defendants. | No. 2:26-cv-8301 |

# <u>ORDER</u>

**AND NOW**, this ______ day of _____________, 2026, it is hereby **ORDERED** that Bivens's Motion for Extension, ECF No. _____, is **GRANTED**.

The deadline by which Bivens must respond to Plaintiffs' Complaint, ECF No. 1, and Plaintiffs' Motion for Preliminary Injunction or, Alternatively, Summary Judgment, ECF No. 6, is **EXTENDED** to January 19, 2027.

______________________
Honorable Cynthia M. Rufe
United States District Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Daniel Maines and the National Rifle Association,<br><br>Plaintiffs,<br><br>v.<br><br>Lieutenant Colonel George L. Bivens and Kevin Bethel,<br><br>Defendants. | No. 2:26-cv-8301 |

**BIVENS'S MOTION FOR EXTENSION**

Defendant Bivens moves to extend the deadline by which he must respond to Plaintiffs' Complaint, ECF No. 1, and Motion for Preliminary Injunction or, Alternatively, Summary Judgment, ECF No. 6, to January 19, 2027.

1. Plaintiffs commenced this action on October 29, 2026, by filing the Complaint. ECF No. 1.

2. On November 2, 2026, Plaintiffs filed the Motion for Preliminary Injunction or, Alternatively, Summary Judgment. ECF No. 6.

3. On November 12, 2026, Plaintiffs served the summons on the Office of Attorney General. *See* ECF No. 5.[1]

---

[1] This Affidavit of Service does not indicate whether Plaintiffs served Bivens at the Pennsylvania State Police. *Cf.* Pa. R.C.P. 422(a).

4. On November 20, 2026, this Court extended the deadline by which Defendant Bethel must respond to Plaintiffs' Complaint and Motion to January 19, 2027. ECF No. 14.

5. Bivens now moves to extend the deadline by which he must respond to Plaintiffs' Complaint and Motion to the same date—i.e., to January 19, 2027.

6. This extension is requested because Plaintiffs' Complaint and Motion raise complex questions of law, in an area of law (namely, Second Amendment jurisprudence) that is rapidly developing in state and federal courts of all levels, and undersigned counsel needs additional time to prepare a fulsome response to the Complaint and Motion that will materially aid the Court in its disposition of this matter.

7. Bethel's counsel consents to this extension.

8. Undersigned counsel sought Plaintiffs' consent to this extension by sending an email yesterday morning at 9:00 a.m. to Bradley P. Lehman, Plaintiffs' counsel of record. As of the time of the filing of this motion, undersigned counsel received no response to that email.

Respectfully submitted,

DAVID W. SUNDAY, JR.
Attorney General

By: */s/ Jacob Frasch*
Jacob Frasch
Senior Deputy Attorney General
Attorney ID PA No. 328362

Nicole R. DiTomo
Chief Deputy Attorney General
Civil Litigation Section

Counsel for Defendant Bivens

Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 580-7897
jfrasch@attorneygeneral.gov

Date: November 24, 2026

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Local Rule 4.2, I certify that a true and correct copy of the foregoing and all attachments was served on all counsel of record via ECF on November 24, 2026.

*<u>/s/ Jacob Frasch</u>*
Jacob Frasch
Senior Deputy Attorney General