IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number: 2:26-cv-08301-CMR

***MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)***

I, MOVANT'S STATEMENT

I, Bradley A. Benbrook, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent Plaintiffs Daniel Maines, et al. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

*A. I state that I am currently admitted to practice in the following state jurisdiction(s):*

| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| See attached. | | |
| | | |
| | | |

*B. I state that I am currently admitted to practice in the following federal jurisdiction(s):*

| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| See attached. | | |
| | | |
| | | |

*C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am seeking to enter my appearance for* Plaintiffs Daniel Maines, et al.

*Name of Attorney:* Bradley A. Benbrook

*Firm Address:* Benbrook Law Group, PC. 701 University Ave., Ste. 106, Sacramento, CA 95825

*Telephone Number:* (916) 447-4900

*Email Address:* brad@benbrooklawgroup.com

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* November 24, 2026
*(Date)*

/s/ Bradley A. Benbrook
*(Movant's signature)*

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Bradley A. Benbrook to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Bradley P. Lehman | /s/ Bradley P. Lehman | 07/11/2018 | PA Bar 319653 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Whiteford, Taylor & Preston LLP, 600 North King Street, Suite 300, Wilmington, DE 19801

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* 11/24/26
*(Date)*

***/s/ Bradley P. Lehman***
*(Sponsor's signature)*